**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA,
    Plaintiff,

vs                                                   CASE NO: 3:00cr44

FRANK M. PATTI, SR.,
    Defendant.
_____/

## ORDER REDUCING SENTENCE

    Before the Court is the Government's Rule 35 Motion (doc 589) requesting a reduction in defendant's sentence because of his cooperation and substantial assistance since his sentencing. Although there is some question as to the credibility of defendant's "assistance" as a twelve person jury evidently chose to disbelieve his testimony, the Court notes that the Government advises that the testimony was, in fact, truthful. The Court, however, affords the defendant the benefit of the doubt and finds that a reduction of sentence is proper to reward his cooperation and assistance to the Government in the investigation and prosecution of others.

    The Federal Bureau of Prisons projects defendant's release date to be 4 January 2007 based upon his good behavior while incarcerated. Presuming his good behavior will continue, defendant's sentence of incarceration is reduced from a total of 79 months to time served as of 15 December 2005, a 12 month reduction of his confinement. In all other respects, the original sentence imposed in the Judgment and Commitment Order filed 3 July 2002 shall remain unchanged.

    **ORDERED** this 16th day of November 2005.

                                                  *s/L.A. Collier*
                                                  LACEY A. COLLIER
                                         Senior United States District Judge