# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA,

v.                                                    Case No. 3:05cr44/LAC

FRANK PATTI,

      Defendant.

_____/

## ORDER

      Defendant Patti seeks partial relief from the provision of his supervised release which precludes his association with his former employee at Joe Patti's Seafood, Alice Guy, because she is a convicted felon. He claims that his business, Joe Patti's Seafood, is having financial difficulties and that Guy is the only person qualified to manage the business and solve its financial problems. The Court finds that it would not further the purposes or goals of supervised release to permit Patti to employ or associate with his former codefendant and convicted felon, Alice Guy. The motion is **DENIED.**

      A sentence of supervised release serves, among other purposes, to punish, to promote respect for the law, and to protect the public from further crimes by a defendant. To permit Patti and Guy to resume their business and personal relationship in exactly the same manner as when their crimes were committed would do little to punish, promote respect for the law, or ensure that no further crimes are committed. Guy was more than just a codefendant in one of the crimes of conviction. She was not only a participant with Patti in serious criminal

activity involving Joe Patti's Seafood, but was also his willing partner in the illicit obtaining of privileged Internal Revenue Service documents, his feigned amnesia, his media-blitz efforts and other endeavors — all with the intent to thwart the prosecution of his case. To allow Patti and Guy to resume their relationship and return to their same positions with the same pressures of running the same financially troubled business would essentially reestablish the exact circumstances that led to the criminal activity for which they were convicted.

Patti argues further that Guy is the only one who can assist him in operating Joe Patti's Seafood successfully.  This position is without merit on its face.  The records reveal that when Guy was managing Patti's Seafood, it lost as much money, if not more, than what is claimed is now being lost.  Additionally, Patti has not given any indication that he has made any efforts to find and employ anyone other than Guy.

Patti has committed serious crimes for which he is now serving a sentence of supervised release.  Patti committed some of those crimes with Alice Guy at Joe Patti's Seafood, and she partnered with him in significant efforts to obstruct the administration of justice.  He is not allowed to associate with Guy or any other felon while on supervised release.

**ORDERED** on this 14th  day of September, 2006.

_____s/L. A. Collier_____
Lacey A. Collier
Senior United States District Judge